UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 18 - 049 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| BRADFORD MARSELAS JOHNSON, | ) | |
| Defendant. | ) | |

<u>Offenses charged</u> in Complaint:

    Count 1 – Robbery, delaying obstructing and affecting commerce

    Count 2 – Possession, use and carrying of a firearm in furtherance of a crime of violence

{Note: it is not entirely clear whether the Complaint also charges this defendant in Count 3. That count charges another defendant with aiding and abetting defendant in the offense charged in Count 2. But Count 3 also alleges this defendant "brandished" the firearm.]

<u>Date of Detention Hearing</u>:   February 15, 2018.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of other persons and the community.

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is charged with committing an armed robbery at a cannabis store. The United States displayed a surveillance video of the robbery. It showed a person alleged to be defendant (and the defense did not deny the identification) brandishing an assault weapon and pointing it at the store employees. This was extremely dangerous conduct.

(2) The United States showed a video of a very similar armed robbery in 2015, for which defendant was convicted in state court of first degree robbery and sentenced to imprisonment.

(3) After serving imprisonment on that conviction, defendant was released on state court supervision. The armed robbery charged in the present case occurred less than a month after defendant's release, and while he was on supervision.

(4) The state supervising officer reported that defendant had not been living where he was directed, and had been very irregular in his attendance at the counseling class which was part of his supervision program.

(5) These facts establish the defendant, if released, would pose a severe danger to other persons and the community.

[The court has not relied upon the rebuttable presumption, because probable cause has not yet been established to support the charges against defendant. There has not yet been either a Preliminary Hearing on the Complaint, or the return of an Indictment].

It is therefore ORDERED:

1. Defendant shall be detained pending further proceedings and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of February, 2018.

John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -4