The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRADFORD JOHNSON, ) <br> ) <br> Defendant ) <br> _____ ) | Case No.: CR18-49RAJ <br><br> ORDER GRANTING MOTION TO WITHDRAW AND FOR APPOINTMENT OF NEW COUNSEL |

Having reviewed counsel's Motion and Declaration, and having heard from counsel and Defendant Bradford Johnson at a hearing conducted on this date, and for good cause shown as stated on the record,

IT IS HEREBY ORDERED that Attorney Peter Mazzone's Motion to Withdraw and for Appointment of New Counsel (Dkt. #47) is GRANTED. Mr. Mazzone shall be permitted to withdraw as counsel of record for Defendant Bradford Johnson upon appointment of new counsel.

DATED this 25th day of January, 2019.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1

Peter Mazzone, WSBA 25262
Mazzone Law Firm, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel: (425) 259-4989
Fax: (425) 259-5994