Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   v.<br><br>BRADFORD JOHNSON and<br>ERIC WOODBERRY,<br><br>                 Defendants. | No. CR18-049 RAJ<br><br>STIPULATION AND AGREED ORDER TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

## STIPULATION

The Court having granted Defendant Johnson's oral motion to continue the trial, [1] each of the parties agrees that trial should be continued to **April 22, 2019**, and a new pretrial motions deadline set for **March 5, 2019**.

## ORDER

Defendant Johnson's oral motion to continue the trial matter was presented at the January 30, 2019 status conference. The Court, being fully advised, GRANTS the motion, and further finds that, pursuant to Title 18, United States Code, Sections

---

[1] Minute Entry, Docket No. 60 (01.31.2019) ("No later than 2/4/2019, counsel are directed to submit a proposed stipulation and order continuing trial date with a proposed new pretrial motions deadline.").

STIPULATION AND AGREED ORDER TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE – 1

Law Offices of Stephan R. Illa, Inc. P.S.
P.O. Box 10033
Seattle, WA 98110
(206) 464-4142

3161(h)(7)(A) and (B)(iv), the ends of justice served by granting the requested continuance outweigh the best interest of the public and defendant in a speedy trial, for the reasons outlined in defendant's motion. Specifically, it appears to the Court that the failure to grant a trial continuance would effectively deny defendant Johnson's defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court, further finds, pursuant to Title 18, United States Code, Section 3161(h)(6), that the continuance of the trial date for defendant Woodberry is reasonable given the limited period of delay, the fact that there has been no motion to sever the defendants, and the fact that defendant Woodberry does not oppose the continuance.

IT IS THEREFORE ORDERED that the trial date is continued to **April 22, 2019**, at 9:00 a.m., and that all pretrial motions, including motions in limine, shall be filed no later than **March 5, 2019**.

IT IS FURTHER ORDERED that each defendant is to file a waiver of his speedy trial rights out to May 22, 2019.

IT IS FURTHER ORDERED the period of delay from the filing of defendant Johnson's oral motion until the new trial date of April 22, 2019, is excludable time pursuant to Title 18, United States Code, Section 3161(h)(7)(A), for the purpose of computing the time limitations imposed by the Speedy Trial Act, Title 18 United States Code, Sections 3161 through 3174.

DATED this 6th day of February, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

STIPULATION AND AGREED ORDER TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE – 2

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
P.O. BOX 10033
SEATTLE, WA 98110
(206) 464-4142

Respectfully Submitted on February 5, 2019.

LAW OFFICES OF STEPHAN R. ILLA, INC.

*signature*

Stephan R. Illa
WSBA No. 15793
Attorney for Defendant Woodberry

*Gilbert Levy*
   [by SRI pursuant to 02.05.2019 email
         authorization]
Gilbert Levy
   WSBA No. 4805
Attorney for Defendant Johnson

*Erin Becker*
   [by SRI pursuant to 02.05.2019 email
         authorization]
Erin Becker
WSBA No. 28289
Attorney for Plaintiff

*Stephen Hobbs*
   [by SRI pursuant to 02.05.2019 email
         authorization]
Stephen Hobbs
WSBA No. 18935
Attorney for Plaintiff

STIPULATION AND AGREED ORDER TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE – 3

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
P.O. BOX 10033
SEATTLE, WA 98110
(206) 464-4142