Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BRADFORD MARSELAS JOHNSON and ERIC WOODBERRY,<br><br>　　　　　　　　　　Defendants. | No. CR18-049RAJ<br><br>ORDER GRANTING MOTION FOR EVIDENTIARY HEARING REGARDING SHOWUP PROCEDURES |

THIS MATTER has come before the Court upon Defendant Bradford Marselas Johnson's Motion for Evidentiary Hearing Regarding Showup Procedures (Dkt. #69). Defendant Eric Woodberry joined this motion (Dkt. #77). Having considered the motion, the government's response, and the files and pleadings herein, the Court **GRANTS** the motion for an evidentiary hearing.

The thrust of the defendant's motion is predicated upon how witnesses were able to identify suspects who wore masks and hoodies during the course of the crime, but were apparently unmasked and not wearing hoods when they were identified. The government objects to the need for an evidentiary hearing, contending the defendants have not demonstrated a sufficient threshold showing to warrant an evidentiary hearing, inferring that the motion is merely a discovery ploy. The government then goes on to address the issue of why suppression of the identification is not warranted.

ORDER GRANTING MOTION
FOR EVIDENTIARY HEARING
REGARDING SHOWUP PROCEDURES  – 1

The Court concludes that under the circumstances of the arrest the defendants are entitled to an evidentiary hearing which will enable this Court to determine the facts and whether the techniques or procedures used by law enforcement officers were so impermissibly suggestive as to give rise to the very substantial likelihood of irreparable misidentification prohibited by due process.

For these reasons, Defendant Johnson's Motion for Evidentiary Hearing Regarding Showup Procedures (Dkt. #69) is **GRANTED**. The hearing shall commence on April 22, 2019, at 9:00 a.m.

The Court will rule on the merits of the motion at the end of the evidentiary hearing.

DATED this 12th day of April, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
FOR EVIDENTIARY HEARING
REGARDING SHOWUP PROCEDURES – 2