The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRADFORD MARSELAS JOHNSON,<br><br>Defendant. | NO. CR18-049 RAJ<br><br>ORDER TO SEAL ADMITTED TRIAL EXHIBIT 118 |

Having reviewed Exhibit 118, which was filed under seal, and the Government's Motion to Seal requesting that the exhibit be allowed to remain under seal, and finding good cause,

It is hereby ORDERED that the Motion to Seal (Dkt #183) is GRANTED and the aforementioned trial exhibit shall remained sealed.

DATED this 11th day of July, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

*United States v. Bradford Johnson /* CR18-049 RAJ
Order to Seal Admitted Trial Exhibit 118

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970