HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BRADFORD MARSELAS JOHNSON,<br><br>　　　　　Defendant. | Cause No. CR18-049 RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

　　　THIS MATTER having come before the Court on the Motion to Seal of the Defendant above-named, and good cause appearing,

　　　NOW THEREFORE it is ORDERED that Defendant's Motion to Seal (Dkt. #215) is GRANTED. The Praecipe to the Defendant's Sentencing Memorandum and the Exhibits attached thereto shall remain filed under seal.

　　　DATED this 6th day of December, 2019.

　　　　　　　　　　　　　　　　*Richard A. Jones*
　　　　　　　　　　　　　　　　―――――――――――――
　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING
MOTION TO SEAL - 1