The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRADFORD MARSELAS JOHNSON and<br>ERIC HENRY WOODBERRY,<br><br>Defendants. | No. CR18-049 RAJ<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

1. One loaded Glock magazine containing 12 rounds of .40 caliber ammunition, seized on or about November 22, 2017; and

2. Nineteen rounds of 7.62 caliber ammunition, seized on or about November 21, 2017.

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

Final Order of Forfeiture - 1
*United States v. Johnson, et al.*, CR18-049 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On June 26, 2019, following a five-day trial, the jury convicted each of the Defendants of *Possession of Marijuana with Intent to Distribute* (among other offenses), in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(D), as charged in Count 2 of the Superseding Indictment, (Dkt. Nos. 125, 172–73);
- On September 27, 2019, the Court entered a Preliminary Order of Forfeiture finding the above-identified property forfeitable pursuant to 21 U.S.C. § 853(a) and forfeiting the Defendants' interest in the property, (Dkt. No. 194);
- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), (Dkt. No. 221);
- The time for filing third-party petitions has expired, and none were filed.

NOW THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, the Bureau of Alcohol, Tobacco, Firearms and Explosives, and/or their representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this 29th day of June, 2020.

*Richard A. Jones*
—————————————
The Honorable Richard A. Jones
United States District Judge

Final Order of Forfeiture - 2
*United States v. Johnson, et al.*, CR18-049 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970